**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:26-cr-20082-MSN

QUINISHIA TOWNSEL,

Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Claxton conducted a plea hearing in this matter on August 19, 2026. After the hearing, Magistrate Judge Claxton filed a Report and Recommendation on Change of Plea (ECF No. 52, "Report"), finding that that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact. (*Id.* at PageID 87.) The Report therefore recommended that the Court (1) grant Defendant's request to withdraw her not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One of the Indictment; and (3) adjudicate Defendant guilty of violating 18 U.S.C. § 922(g)(1) as charged in Count One of the Indictment. (*Id.* at PageID 87.)

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so

may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal. Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 44) and **ORDERS** as follows:

(1) Defendant's request to withdraw her not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's guilty plea to Count One of the Indictment is **ACCEPTED**; and

(3) Defendant is hereby **ADJUDGED** guilty of violating 18 U.S.C. § 922(g)(1) as charged in Count One of the Indictment.

**IT IS SO ORDERED**, this 28th day of September, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE